AO 91 (Rev. 11/11)  Criminal Complaint

| | | |
|---|---|---|
| AUSA: | Barbara Lanning | Telephone: (313) 226-9100 |
| Task Force Officer: | Wallace Richards | Telephone: (313) 202-3400 |

# UNITED STATES DISTRICT COURT
for the
### Eastern District of Michigan

United States of America
v.
Jamal Clay

Case: 2:25−mj−30480
Assigned To : Unassigned
Assign. Date : 7/29/2025
Case No. Description: RE: JAMAL CLAY (EOB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 27, 2025__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_Complainant's signature_

Wallace Richards, Task Force Officer
_Printed name and title_

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: July 29, 2025

_Judge's signature_

City and state: Detroit, MI

Hon. David R. Grand, U.S. Magistrate Judge
_Printed name and title_

# AFFIDAVIT

I, Wallace Richards, being duly sworn, depose and state the following:

## I. INTRODUCTION

1. I am a Detective with the Detroit Police Department (DPD) and began my tenure with DPD on April 14, 2014. I am currently assigned to the ATF Detroit Field Office as a Task Force Officer (TFO), working directly with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF). This partnership uses federal, state and local resources to investigate the illegal use and possession of firearms. I have years of experience investigating robberies, felonious assaults, kidnappings, non-fatal shootings, and gun-related crimes (i.e. felon in possession of firearms and ammunition.

2. I make this affidavit from personal knowledge based on my participation in this investigation, including interviews conducted by myself and/or other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, review of reports by myself and/or other law enforcement agents, and information gained through my training and experience. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all the information known to law enforcement related to this investigation.

3. The ATF is currently conducting a criminal investigation concerning Jamal CLAY (DOB: XX/XX/1980), for violations of 18 U.S.C. § 922(g)(1) as a felon in possession of a firearm.

## II. PROBABLE CAUSE

4. I reviewed records related to CLAY's criminal history and learned the following:

   a. On or about September 27, 2000, CLAY was charged with receiving and concealing stolen property—valued at $20,000 or more. On October 27, 2000, CLAY pleaded guilty as charged in the Third Judicial Circuit Court, Wayne County. On or about November 9, 2000, CLAY was sentenced to 18 months' probation. CLAY violated probation several times before his term of supervision was closed in December 2008.

   b. On or about September 19, 2016, CLAY was arrested and charged with felon in possession of a firearm, carrying a concealed weapon, and felony firearm. On January 10, 2017, CLAY pleaded guilty to carrying a concealed weapon in the Third Judicial Circuit Court, Wayne County. On or about April 6, 2016, CLAY was sentenced to four months' incarceration, followed by two years' probation.

      c.      On or about February 23, 2022, CLAY was arrested and charged with assault with intent to rob while armed, assault with intent to do great bodily harm, unarmed robbery, and felony firearm. On January 23, 2023, CLAY pleaded guilty to assault with intent to do great bodily harm and attempt to commit crime. On or about March 15, 2023, CLAY was sentenced to three years' probation. Supervision remains open and active in this case.

5.     Based on my training and experience, defendants are warned of the maximum penalty when they enter a plea of guilty to a felony. Additionally, defendants are advised that they are pleading guilty to a felony. Based on the time CLAY has spent incarcerated or under supervision as a result of his felony convictions, the severity of his convictions, and the fact that he has been previously charged with the offense felon in possession of a firearm, there is probable cause to believe that CLAY is aware of his status as a convicted felon.

## II.    PROBABLE CAUSE

3.     On July 27, 2025, at approximately 9:10a.m., Detroit Police officers were dispatched to an address on Wyoming Street in Detroit, Michigan for a domestic disturbance. Responding officers arrived at the location and saw a male—later identified as CLAY—standing next to a U-Haul truck.

4.     Officers stopped their vehicle to speak with CLAY. As officers

approached, CLAY walked towards a black SUV parked in front of the U-Haul. Officers watched CLAY crouch down on the driver's side of the vehicle, pull an object from his waistband, and toss it under the black SUV.

5. Officers detained CLAY and instructed the driver of the black SUV to move their vehicle. The driver complied. Officers recovered the object CLAY tossed—a loaded .38 special revolver—from the street where the car was parked.

6. On July 28, 2025, I contacted ATF Interstate Nexus Expert, Special Agent Kara Klupacs, and provided information about the Taurus .38 special revolver. SA Klupacs concluded that the firearm was manufactured outside the State of Michigan and is a firearm as defined in Title 18 U.S.C., Chapter 44, Section 921(a)(3).

## III. CONCLUSION

7. Probable cause exists to believe that JAMAL CLAY, a convicted felon aware of his felony convictions, did knowingly and intentionally possess a Taurus .38 special revolver, said firearm having affected interstate commerce, in violation of 18 U.S.C. § 922(g)(1). This violation occurred on or about July 27, 2025, in Detroit, Michigan, in the Eastern District of Michigan.

_____
Wallace Richards, Task Force Officer
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to before me and signed in my presence
and/or by reliable electronic means

_____
Honorable David R. Grand
United States Magistrate Judge

Dated: July 29, 2025